# AFFIDAVIT OF POSTING

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 24-cv-10857
Court Date: 1/7/2026
Court Time: 9:30 AM

**PNC Bank, National Association**

Plaintiff

**vs.**

**Insomnia 888 Corp., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Notification Of Docket Entry**

| | |
|---|---|
| PARTY SERVED: | **INSOMNIA 888 CORP.** |
| METHOD OF SERVICE: | **POSTING** - By posting the documents in a conspicuous manner as to be seen on the front door of the residence or entrance of the building/residence. |
| DATE & TIME OF DELIVERY: | **12/8/2025 at 2:45 PM** |
| ADDRESS, CITY AND STATE: | **1425 ELLINWOOD AVE., UNIT 311, DES PLAINES, IL 60016** |

**A copy of the document was sent via certified mail, Label # 9407111898765435655721 on 12/8/2025.**

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 12/8/2025.

Matthew Bert
Registration No: 117-001119

CLIENT: **Carlson Dash**
FILE #: **1372-1466**

Job #: **655334**